NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENTAIR WATER POOL AND SPA, INC.,
DANFOSS LOW POWER DRIVES,**
*Appellants*

**v.**

**HAYWARD INDUSTRIES, INC.,**
*Appellee*

---

2015-1408

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00285.

---

## JUDGMENT

---

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for appellants. Also represented by RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

STEVEN HALPERN, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by MARK ANANIA, SCOTT S. CHRISTIE, MARK NIKOLSKY, ELINA SLAVIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| January 11, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |